RECEIVED
IN LAKE CHARLES, LA
OCT 11 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA
v.
ARMNA ANDRE GUILORY
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 2:05-CR-20112-001

USM Number: 21175-057

Andrew M. Casanave
Defendant's Attorney

## THE DEFENDANT:

[✓]   admitted guilt to violation of condition(s) 1, 2, and 3 of the term of supervision.
[ ]   was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|

See next page.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

October 5, 2006
Date of Imposition of Sentence

[signature]
Signature of Judicial Officer

PATRICIA MINALDI, United States District Judge
Name & Title of Judicial Officer

10/6/06
Date

COPY SENT:
DATE: 10-11-06
BY: [initials]
TO: USM-LC-2
USP-LC-1

CASE NUMBER:   2:05-CR-20112-001
DEFENDANT:

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to Complete Substance Abuse Treatment | October, 2005 |
| 2 | Failure to Notify the Probation Officer of Change of Address | November 18, 2005 |
| 3 | Failure to Submit Monthly Reports | September 14, 2005 |

DEFENDANT:    ARMNA ANDRE GUILORY
CASE NUMBER:    2:05-CR-20112-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __ 4 months. .

**Upon release from incarceration, the defendant shall serve the remainder of his time on supervised release imposed in the Middle District of North Carolina 1:02CR320-1, subject to the same special conditions.**

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:
    [ ] at __ [] a.m.    [] p.m.    on __.
    [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on __.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL