AO245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

RECEIVED
IN LAKE CHARLES, LA
JAN 4 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA
v.
ARMNA A. GUILLORY
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 2:05-CR-20112-001

Joseph R. Streva, Jr.
Defendant's Attorney

## THE DEFENDANT:

[✓]   admitted guilt to violation of condition(s) 1 and 2 of the term of supervision.
[ ]   was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

**Violation Number**          **Nature of Violation**          **Violation Ended**

See next page.

   The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

U.S. Marshal Number 21175-057

COPY SENT
DATE  1-4-08
BY  JB
TO: 1 USM-LC-2.
     USP-LC-1

January 3, 2008
Date of Imposition of Sentence

Signature of Judicial Officer

PATRICIA MINALDI, United States District Judge
Name & Title of Judicial Officer

1/4/2008
Date

AO245B   Judgment in a Criminal Case for Revocation (Rev. 8/01)
         Sheet 4

CASE NUMBER:   2:05-CR-20112-001
DEFENDANT:

Judgment - Page 2 of 3

# VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| 1 | The defendant was arrested on April 28, 2007, by the Calcasieu Parish Sheriff's Department for Possession of Controlled Dangerous Substance Schedule II, Possession of Drug Paraphernalia, and Illegal Use of a Controlled Dangerous Substance in the Presence of a Juvenile. | 08/03/2007 |
| 2 | On April 16, 2007, the defendant tested positive for cocaine and marijuana on a drug test administered by Counseling Services of Southwest Louisiana. On April 19, 2007, Kroll Laboratories confirmed the specimen was positive for cocaine and marijuana | 08/03/2007 |

DEFENDANT:     ARMNA A. GUILLORY
CASE NUMBER:   2:05-CR-20112-001

Judgment - Page 3 of 3

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 10 months.

The defendant is to be given credit for time served from October 28, 2007, until today's date. (01/03/2008)

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___  [ ] a.m.   [ ] p.m.   on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2 p.m. on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL